**Order entered April 6, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00132-CV

**JEFFORY G. SNOWDEN, Appellant**

**V.**

**BRIAN RAVKIND, ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02116-2018**

### ORDER

Before the Court is appellant's April 2, 2020 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 2, 2020**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE